# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan C. Broadhead<br>Shannon M. Broadhead<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 15-11996 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

      Respectfully submitted,
      **/s/ Kevin G. McDonald, Esq.**
      Kevin G. McDonald, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322